**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CRISTIAN SANCHEZ, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>    -against-<br><br>PAYWARD, INC.<br><br>      Defendant. | Case No.  1:21-cv-01816-MKV<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL**<br>**WITHOUT PREJUDICE** |

   **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Brooklyn, New York
    May 3, 2021

                   Respectfully submitted,

                   By: /s/ *Joseph H. Mizrahi*
                   Cohen & Mizrahi LLP
                   *Attorneys for Plaintiff*